IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00900-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2004 MASERATI COUPE, VIN: ZAMBC38A140011380,

    Defendant.

## DEFAULT AND FINAL ORDER OF FORFEITURE (Docket No. 17)

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture as to defendant[s] property, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after proper notice, neither the known potential claimants, nor any other third party, has filed a Claim or Answer as to defendant vehicle as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

1

THAT Entry of Default was entered by the Clerk of the Court on August 12, 2015. (Doc. 16).

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant vehicle. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to defendant vehicle

THAT the Clerk of Court shall be directed to enter Judgment as to defendant;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of defendant vehicle including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

THAT the United States shall have full and legal title as to defendant vehicle and may dispose of said vehicle in accordance with law; and

THAT the Clerk of Court is directed to enter Judgment as to defendant vehicle.

SO ORDERED this 13th day of August, 2015.

BY THE COURT:

MICHAEL J. WATANABE
United States Magistrate Judge